# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Andy Fennell | ) | CASE NO. 18-80741-CRJ-13 |
| | ) | |
| SSN:  XXX-XX-2090 | ) | |
| | ) | CHAPTER 13 |
| DEBTOR | ) | |

## ORDER ON TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

This case came before the Court on March 9, 2020, on the Motion to Dismiss filed by the Trustee, and by agreement of the parties it is hereby ORDERED, ADJUDGED and DECREED that the Trustee's Motion to Dismiss is DENIED, conditioned on the following:

1. The Debtor's Chapter 13 Plan payments resume at the amount of $327 monthly beginning April 2020. Fixed monthly payments due to the secured creditors shall be adjusted.

2. Beginning April 2020, the Debtor shall be placed on a three (3) month monitoring period, time being of the essence, wherein if Plan payments are not made within the month in which they are due, the Trustee may obtain an order of dismissal without further notice.

Dated this the 11th day of March, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Order prepared by:
Michele Hatcher, Trustee